AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MELVIN JOHN WILLIAMS, JR. | |
| | Case No. 3:16cr348-WKW |
| | USM No. 16955-002 |
| | Sandi Dawson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) 1-5 after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of Marijuana, 1st degree | 01/07/2022 |
| 2 | Possession of Drug Paraphernalia | 01/07/2022 |
| 3 | Unlawful Distribution of a Controlled Substance – Marijuana | 01/07/2022 |
| 4 | Possession of Marijuana, 1st Degree | 01/07/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4540

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Phenix City, Alabama

08/10/2022
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, United States District Judge
Name and Title of Judge

08/11/2022
Date

AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: MELVIN JOHN WILLIAMS, JR.
CASE NUMBER: 3:16cr348-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Unlawful Use of a Controlled Substance – Marijuana | 01/07/2022 |

Judgment — Page 3 of 3

DEFENDANT: MELVIN JOHN WILLIAMS, JR.
CASE NUMBER: 3:16cr348-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

15 mos. with no term of supervision to follow. This term shall run concurrent to any sentence not yet imposed in the pending charges in Russell County, Alabama, that formed the basis of this revocation. The term of supervised release imposed on October 18, 2017, is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant to serve the last 6 months of his term at Dismas Charities in Hattiesburg, Mississippi, for mental health and drug treatment.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL